No. 95–1879. DEPARTMENT OF AGRICULTURE v. CAL-ALMOND, INC., ET AL. C. A. 9th Cir. Certiorari granted, judgment va-

cated, and case remanded for further consideration in light of *Glickman* v. *Wileman Brothers & Elliott, Inc., ante*, p. 457.